JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE JACK RICHARD FINNEGAN,<br><br>Debtor, | Case No. SA CV 18-1345 FMO<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 14th day of September, 2018.

/s/
Fernando M. Olguin
United States District Judge